1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel: (775) 684-1150
   E-mail:  drands@ag.nv.gov
6
   *Attorneys for Defendants*
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE TSATSA, | Case No.  3:20-cv-00286-MMD-CLB |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO VACATE EARLY MEDIATION CONFERENCE (JUNE 29, 2021)** |
| ROMERO ARANAS, et al. | |
| Defendants. | |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby moves this Court for an order vacating the Early Mediation Hearing set for Tuesday June 29, 2021.  This motion is based on the following Memorandum of Points and Authorities, the attached declaration, and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This case is a *pro se* civil rights action pursuant to 42 U.S.C. §1983.  ECF No. 4 at 1. Plaintiff, Theodore Tsatsa (Plaintiff), is an inmate in the lawful custody of the Nevada Department of Corrections (NDOC).  *Id.*  Plaintiff sues various State actors and NDOC employees and alleges they violated his rights under the Eighth Amendment to the U.S. Constitution.  *Id.* at 5.

An early mediation conference was set for Tuesday, June 29, 2021 at 2:30 pm. (ECF No. 6) In preparation for the conference, counsel for the Defendants contacted Plaintiff to discuss this matter. (Declaration of Rands) In the course of that conversation, it became clear that an EMC

1

would not be necessary in this matter.  Plaintiff requested a visit with a medical provider to discuss his medical condition, as the records show that he may not currently have the condition for which he brought the action.  If the records are explained to him, he expressed he would be willing to stipulate to dismiss his action.  Therefore, the EMC would not be necessary.  Should the matter not resolve with this plan, Counsel will notify the Court and a decision can be made regarding the necessity of reinstating the conference.  Plaintiff, himself, requested that Counsel make this motion to vacate the conference.  Therefore, there will be no objection.

Based upon the above, and the declaration of Counsel, the Defendants respectfully request this Court vacate the Early Mediation Conference set for June 29, 2021.

DATED this 16th day of June, 2021.

AARON D. FORD
Attorney General

By:   /s/ *Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

THIS CASE SHALL REMAIN STAYED UNTIL JULY 12, 2021.

Dated:  June 17, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of June, 2021, I caused to be served, a true and correct copy of the foregoing, **DEFENDANTS' MOTION TO VACATE EARLY MEDIATION CONFERENCE (JUNE 29, 2021)**, by U.S. District Court CM/ECF Electronic Filing on the following:

Theodore Tsatsa #22857
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, NV  89702
lawlibrary@doc.nv.gov

                                            */s/ Roberta W. Bibee*
                                            An employee of the
                                            Office of the Attorney General

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | AARON D. FORD                                                   |
|    |   Attorney General                                              |
| 2  | DOUGLAS R. RANDS, Bar No. 3572                                  |
|    |   Senior Deputy Attorney General                                |
| 3  | State of Nevada                                                 |
|    | 100 N. Carson Street                                            |
| 4  | Carson City, NV  89701-4717                                     |
|    | Tel:  (775) 684-1150                                            |
| 5  | E-mail:  drands@ag.nv.gov                                       |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THEODORE TSATSA,

    Plaintiff,

vs.

ROMERO ARANAS, et al.

    Defendants.

Case No. 3:20-cv-00286-MMD-CLB

**DECLARATION OF RANDS IN SUPPORT OF DEFENDANTS' MOTION TO VACATE THE EARLY MEDIATION CONFERENCE**

1. I, Douglas R. Rands am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

2. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

3. I am an Attorney licensed to practice law in the Federal District Court for the District of Nevada.

4. In connection with the filing of this declaration, I submit this declaration in support of Defendants' Motion to Vacate the Early Mediation Conference in the above matter.

5. An early mediation conference was set for Tuesday, July 29, 2021 at 2:30 pm. (ECF No. 6)

6. In preparation for the conference, counsel for the Defendants contacted Plaintiff to discuss this matter. In the course of that conversation, it became clear that an EMC would not be necessary in this matter.

1

7. Plaintiff requested a visit with a medical provider to discuss his medical condition, as the records show that he may not currently have the condition for which he brought the action.

8. Plaintiff stated that if the records are explained to him, he would be willing to stipulate to dismiss his action. Therefore, the EMC would not be necessary.

9. Counsel has contacted medical at the Northern Nevada Medical Center and was advised the nurse would meet with Plaintiff, in an expedited fashion. Counsel also requested that medical examine an unrelated condition, while Plaintiff was in the examination.

10. Should the matter not resolve with this plan, Counsel will notify the Court and a decision can be made regarding the necessity of reinstating the conference.

11. Plaintiff, himself, requested that Counsel make this motion to vacate the conference. Therefore, there will be no objection.

DATED this 16th day of June, 2021.

AARON D. FORD
Attorney General

By: /s/ *Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

2