AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THEODORE TSATSA,

    Plaintiff,

vs.

ROMERO ARANAS, et al.

    Defendants.

Case No. 3:20-cv-00286-MMD-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Theodore Tsatsa, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this ___ day of 9-29, 2021.    DATED this 4th day of October, 2021

                                                                   AARON D. FORD
                                                                   Attorney General

*Theodore Tsatsa* (signature)    By: /s/ Douglas R. Rands
Theodore Tsatsa                         DOUGLAS R. RANDS, Bar No. 3572
Plaintiff, *Pro Se*                         Senior Deputy Attorney General
                                                                     *Attorneys for Defendants*

\* \* \*

**CASE DISMISSED WITH PREJUDICE. IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: October 5, 2021

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of October, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Theodore Tsatsa #22857
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P. O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General